

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00063-CV

**TEAL TRADING AND DEVELOPMENT, LTD**.,
Appellant

v.

**CHAMPEE SPRINGS RANCHES PROPERTY OWNERS ASSOCIATION**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 06-500A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its brief is GRANTED. Appellant's brief is due on October 10, 2016. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court